## WILLIAM BOLUN

*v.*

## THE PEOPLE OF THE STATE OF ILLINOIS.

CRIMINAL LAW—*judgments on several counts should be separate.*   Where a defendant is found guilty of selling spirituous liquors upon several counts in an indictment, judgment should be entered separately upon each count.

WRIT OF ERROR to the Circuit Court of Iroquois county; the Hon. NATHANIEL J. PILLSBURY, Judge, presiding.

Mr. CYRUS LELAND, for the plaintiff in error.

Mr. JAMES K. EDSALL, Attorney General, for the People.

Per CURIAM:   The plaintiff in error was indicted for selling spirituous liquors contrary to the statute.   The jury having found him guilty on six counts, the court imposed upon him a fine of $120, and sentenced him to imprisonment in the county jail for a period of sixty days.

This was error.   The judgment should have been entered separately on each count on which the accused was found guilty, and the terms of imprisonment imposed fixed successively, to commence at the expiration of the next preceding sentence.

The case of *The People ex rel.* v. *Whitson*, 74 Ill. 20, is conclusive on this point in the case.

The judgment will be reversed and the cause remanded.

*Judgment reversed.*